UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAJUANA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-0002-LMB |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was filed on January 3, 2013, and was assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri. This same case was previously before the court and was assigned to the Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

**IT IS THEREFORE ORDERED** that this cause be reassigned to the Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

_____
**JAMES G. WOODWARD, CLERK**

Dated this 8th day of January, 2013.

In all future filings please use the following cause number:
**4:13-CV-0002-AGF.**