UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAJUANA R. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV00002 AGF (NAB) |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Magistrate Judge Nannette A. Baker's Report
and Recommendation dated December 17, 2013, that the Commissioner's decision
denying Plaintiff's application for disability insurance benefits under Title II of the Social
Security Act and supplemental security income under Title XVI of the Act be affirmed.
Plaintiff has not filed any objections to the Report and Recommendation in the time
allowed for doing so.

Upon careful consideration of the Report and Recommendation and the record in
this case, the Court concurs with the recommendation of the Magistrate Judge that the
Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United
States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying

Plaintiff's application for disability insurance benefits and supplemental security income

under the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2014.